IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00539-EWN-BNB

PEYMAN R. BAHADORI,

Plaintiff,

v.

KEVIN MILYARD, Warden, Sterling Correctional Facility, and
JOHN SUTHERS, Colorado Attorney General,

Defendants.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Motion to Amend** [docket no. 10, filed March 31, 2008] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the attached exhibits are accepted as part of the Writ of Habeas Corpus by petitioner.


DATED: April 8, 2008