IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00539-EWN-BNB

PEYMAN R. BAHADORI,

Applicant,

v.

KEVIN MILYARD, Warden, Sterling Correctional Facility, and
JOHN SUTHERS, Colorado Attorney General,

Respondents.
_____

**ORDER**
_____

This matter is before me on the petitioner's **Motion for Status** [Doc. # 25, filed 10/10/2008] (the "Motion"). The petitioner requests "information as to the current status of this case."

IT IS ORDERED that Motion is GRANTED. The Clerk of the Court shall cause a copy of the docket sheet to be mailed to the petitioner.

Dated October 20, 2008.

                                                     BY THE COURT:

                                                     s/ Boyd N. Boland
                                                     United States Magistrate Judge