IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00539-PAB-BNB

PEYMAN R. BAHADORI,

Petitioner,

v.

KEVIN MILYARD, Warden, Sterling Correctional Facility, and
JOHN SUTHERS, Colorado Attorney General,

Respondents.
_____

**ORDER**
_____

This matter arises in connection with the petitioner's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 [Doc. #3, filed 03/17/2008] (the "Application").

IT IS ORDERED that, on or before **March 5, 2010**, the respondents shall provide the Court with the complete record from the state trial court and all briefs and pleadings filed in the state supreme and appellate courts in the criminal prosecution and post-conviction proceedings that underlie the Application.

Dated February 3, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge