IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00539-WYD

PEYMAN R. BAHADORI,

    Applicant,

vs.

KEVIN MILYARD (Warden), Sterling Correctional Facility, and
JOHN SUTHERS, Colorado Attorney General,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    In light of the Order of Dismissal entered July 29, 2010, ECF No. 37, Petitioner's Motion Requesting the Court to Take Judicial Notice, filed August 2, 2010, ECF No. 39, is **DENIED AS MOOT**.

    Dated: August 4, 2010.