IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00539-WYD

PEYMAN R. BAHADORI,

    Petitioner,

vs.

KEVIN MILYARD, (Warden), Sterling Correctional Facility, and
JOHN W. SUTHERS, Colorado Attorney General,

    Respondents.

## ORDER RETURNING STATE COURT RECORD

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is hereby

**ORDERED** that the Clerk shall return the State Court Record.

Dated: April 20, 2016.

                                            BY THE COURT:

                                            /s/ Wiley Y. Daniel
                                            WILEY Y. DANIEL,
                                            SENIOR UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00539-WYD

District Court, City and County of Denver
1437 Bannock Street, Rm 256
Denver, CO 80202

Peyman R. Bahadori
# 95550
Sterling Correctional Facility (SCF)
P.O. Box 6000
Sterling, CO 80751

John Jacob Fuerst, III - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  4/21/2016  .

                        JEFFREY P. COLWELL, CLERK

                        By: s/ D. Berardi
                            Deputy Clerk